

| | | |
|---|---|---|
| **Kerry Masters Ewald** | To | jmathlaww@att.net |
| 08/07/2009 03:01 PM | cc | Pam.Lorch@ag.tn.gov, Jeffrey M. Beemer/Nashville/Dickinson-Wright@Dickinson-Wright |
| | bcc | |
| | Subject | Baker v. TN Dept. of Corrections, et al. |

Mr. Mathies -

Below please find attached the Cheatham County Sheriff's Department intake and release information for Mr. Baker. As you can see, the intake date of June 26, 2006 and release date of February 21, 2007 are consistent with Harris Nicholson's Affidavit filed in support of our Motion for Summary Judgment.

Please feel free to contact me with any questions you may have. Thanks.

 - Baker - Cheatham County Sheriff's Dept Report.pdf

Kerry Masters Ewald
Dickinson Wright PLLC
424 Church Street, Suite 1401
Nashville, TN 37219-2392
615.244.6538
615.256.8386 (fax)
kewald@dickinsonwright.com

---

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Thank you.

---

In accordance with U.S. Treasury regulations, if this message contains advice concerning one or more Federal tax issues, it is not a formal legal opinion and may not be used by any person for the avoidance of Federal tax penalties.

---

**EXHIBIT**

1

APR-13-2009 12:40P FROM:CHEATHAM COUNTY SHER 615 792 1040    TO:92568386    P.2/2

# CHEATHAM COUNTY SHERIFFS DEPT
### 200 COURT SQUARE
### ASHLAND CITY, TN. 37015
### Phone: (615) 792-2005  Fax: (615) 792-1040
### (*RELEASE*)

**BAKER, GARY DALE**
124 S VINE STREET
ASHLAND CITY, TN. 37015-

| Booking# | Jacket# |
|---|---|
| 215445 | 10595 |
| Cell# | Lock# |
| C | |

Social Security #: [redacted]
D.L.#: TN/51288912
Date Of Birth: [redacted] (44)
Mittimus #: 2006227
Length: SHOR

Race: W   Sex: M   Height: 600   Weight: 220
Hair: BRO   Eye: BLU   Complexion: P   Hispanic: N   Beard: Y
Mustache: Y   Glasses: Y   Dominant Hand: R   Military Agency: NONE   Gang: NONE
Religion:   Marital Status: Y   Place Of Birth: NORTH CAROLINA   Escape Risk: N
Country: USA   Diet Restriction:   Citizen: Y   # Of Children: 1
Features: SCAR ON BACK, STOMACH, AND FORHEAD
Aka: NONE
Employer: DISABLE   Work Phone: [redacted]
Kin Name: SHEILLE BARKER   Relationship: WIFE
Address: 124 VINE ST ASHLAND CITY TN.
Phoned Who:   Phone #: ( ) -   Case/OCA#: 0606210038
Intake Date: 06/26/2006   Time: 20:00   Intake Officer: RA09 - ARGUELLO, RICK
Arrest Date: 06/21/2006   Time: 00:38   Officer: CANTRELL
   Searching Officer: CM03 - MORIARTY, CARL
Arresting Agency: SCHAEFFER   Transporting Agency: CANTRELL/ACPD   Location:
Bond Description:   Bond Amt:
Vehicle Towed By:   Agency Responsible: ACPD - ASHLAND CITY POLICE DEPT
CR#: 00417666   Prison #: 00417666   Inmate Class: 1   Suicide Watch: N
Holders:
Trustee: N   Mental Illness: N   Weekender: N   Violent: N
Release Date: 02/21/2007   Time: 06:15   Officer ID: PG01
Released By: P,GRICE   Released To:   Out Weight:   Total Bookings: 13
Bond Out Type: TD   Disposition: REL TO TDOC
Transporting Officer: _____
Inmate _____   C/O _____

| CHARGE | DESCRIPTION | TERMS | BOND | WARRANT | CT | DATE | TIME | DEPT |
|---|---|---|---|---|---|---|---|---|
| 39-13-102 | ASSAULT AGGRAVATED | [1 | 0 | 2006351 | AC | 07/06/2006 | 13:00 | ACPD |
| 39-13-102 | ASSAULT AGGRAVATED | [1 | 0 | 2006352 | AC | 07/06/2006 | 13:00 | ACPD |
| 39-13-505 | SEXUAL BATTERY | [1 AGGRAVATED | 0 | 15092 | 2 | 12/11/2006 | 09:00 | CCSD |




Case 3:08-cv-01227   Document 50-1   Filed 08/12/09   Page 2 of 2 PageID #: 185