UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARRY BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-1227 |
| ) | Judge Echols |
| TENNESSEE DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgment filed by Defendants Dennis Dean and Mike Holloway (Docket Entry No. 76) is hereby GRANTED and this case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter final judgment in favor of Defendants in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE